UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARY FALK, a single man, | ) Civil Action No.: C-07-1194 BHS |
| Plaintiff, | ) ORDER DISMISSING CLAIMS AGAINST |
| vs. | ) DEFENDANT WITHOUT PREJUDICE |
| EXXON MOBIL CORPORATION, a foreign corporation, | ) |
| Defendant. | ) |

# **ORDER**

THIS MATTER COMING upon the parties' stipulation pursuant to FRCP 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED THAT:

1. Plaintiff's claims against Defendant are dismissed without prejudice and without an award of costs or fees to either party.

2. All dates and schedules herein are stricken.

ORDER DISMISSING CLAIMS AGAINST
DEFENDANT WITHOUT PREJUDICE - 1
*Civil Action No.: C-07-1194 BHS*

LAW OFFICES
**NATHAN JAMES NEIMAN**
*2018 – 156th Avenue Northeast*
*Bellevue, Washington 98007*
PHONE: (425) 881-3680 · FAX: (425) 881-1457

DATED this 19th day of June, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:
LAW OFFICES OF NATHAN J. NEIMAN

_____
Nathan J. Neiman, WSBA #8185
Attorney For Plaintiff Falk

2018 – 156th Avenue NE
Bellevue, WA 98007
(425) 881-3680
Nneimail@aol.com

Copy Received, Approved as to Form,
Notice of Presentation Waived:
LANE POWELL PC

_____
Charles C. Huber, WSBA #18941
Andrew Yates, WSBA #34239
Attorneys For Defendant

1420 5th Avenue, Suite 4100
Seattle, Washington 98101-2338
Phone: (206) 223-7000
HuberC@LanePowell.com
YatesA@LanePowell.com

ORDER DISMISSING CLAIMS AGAINST
DEFENDANT WITHOUT PREJUDICE - 2
*Civil Action No.: C-07-1194 BHS*

LAW OFFICES
**NATHAN JAMES NEIMAN**
*2018 – 156th Avenue Northeast*
*Bellevue, Washington 98007*
PHONE: (425) 881-3680 · FAX (425) 881-1457